NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT E. PERDUE,**

*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

**2026-1727**

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-24-0275-I-1.

---

**O R D E R**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (d) and to file the required Statement Concerning Discrimination pursuant to Federal Circuit Rule 15(c)(3), it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules. All pending motions are denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 2, 2026
Date